

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2021

No. 04-21-00363-CV

**IN THE MATTER OF THE ESTATE OF BEN GARZA, III, DECEASED,**

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-PC-0203
Honorable Bill Squires, Judge Presiding

# O R D E R

On August 27, 2021, appellant pro se filed a notice of appeal. On October 11, 2021, the trial clerk filed the clerk's record. The clerk's record contains two orders.

One order is titled "Order Granting Plea to the Jurisdiction" and finds appellant **has no standing** and the trial court **has no jurisdiction**. The record reflects this order was signed on **July 28, 2021 at 9:31 AM**.

Another order is likewise titled "Order Granting Plea to the Jurisdiction"; however, this order recites that the trial court rejected the plea to the jurisdiction, finds that appellant **had standing** and the trial court **has jurisdiction**, confirms appellant's contest to the probate of the will, dismisses the executor of the estate, and appoints a new independent executor of the estate. The record reflects this order was signed on **July 28, 2021 at 9:31 AM**—i.e. exactly the same time as the other order. The word "Denied" is inserted above the judge's signature, but it is not clear what the trial court intended to deny.

Because this court's jurisdiction is not clear from the record, we **ABATE** this appeal for ten days to allow the trial court to review the record and enter an appropriate order. We **ORDER** the trial court clerk to file a supplemental record containing the trial court's order not later than **October 28, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2021.



MICHAEL A. CRUZ, Clerk of Court